AO 442 (Rev. 11/11) Arrest Warrant

11549630

# UNITED STATES DISTRICT COURT
для
Western District of Oklahoma

2364-0503-0846-J

| United States of America<br>v.<br>Juan Lyu,<br><br>Defendant | ) ) ) ) ) ) ) | Case No. M-23-276  STE |
|---|---|---|

RECEIVED
MAY 0 2 2023
U.S. MARSHALS W/OK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Juan Lyu,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h), Money Laundering Conspiracy

Date: 05/02/2023

*Shon T. Erwin*
Issuing officer's signature

City and state: Oklahoma City, Oklahoma

Shon T. Erwin, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: ARRESTED ON: 05/10/2023
WITHIN THE W DISTRICT OF OC
BY: HSI

Arresting officer's signature

Printed name and title